FILED
JAN 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD BAGLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08 0019 |
| | ) |
| GOVERNMENT OF THE | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted but the complaint will be dismissed.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that the Government of the District of Columbia has been "harassing the issue of making a false lifestyle or otherwords [sic] a hardcore rapper profile that endangered my life." Compl. at 1. As drafted, the complaint fails to comply with Rule 8(a). It states neither a

basis for jurisdiction nor a demand for relief.

The complaint will be dismissed without prejudice. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

_____
United States District Judge

DATE: 11/21/07