

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RONALD BAGLEY, )
)
Plaintiff, )
)
v. ) Civil Action No. 08 0019
)
GOVERNMENT OF THE )
DISTRICT OF COLUMBIA, )
)
Defendant. )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. #2] is GRANTED, and it is

FURTHER ORDERED that the case is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_Ellen S Huvelle_
United States District Judge

DATE: 11/21/07